**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FLAMINGO LLC,

                              Plaintiff

                 v.

WENDY'S OLD FASHIONED
HAMBURGERS OF NEW YORK, INC.,
Successor-In-Interest to Wenco Food Systems
Corp.,
26 E. 23rd Street
New York, New York 10010

                          Defendant.

Case No. 11-cv-4862 (CM) (JCF)

**REPLY AFFIDAVIT OF**
**JACQUELINE G. YECIES**
**IN FURTHER SUPPORT OF**
**DEFENDANT'S MOTION FOR**
**SUMMARY JUDGMENT**

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

       **JACQUELINE G. YECIES**, hereby swears as follows:

1. I am an Associate at Akin Gump Strauss Hauer & Feld LLP, counsel for defendant Wendy's

    Old Fashioned Hamburgers of New York, Inc. ("Wendy's" or "Defendant") in this action.  I

    have attended all of the depositions and am familiar with the documents produced in this

    action.

2. I submit this Reply Affidavit in further support of Wendy's Motion for Summary Judgment.

3. A true and correct copy of excerpts from the deposition transcript of Michael O'Kane, dated

    January 19, 2012, ("O'Kane Dep.") is attached as Exhibit A.

                                         _____
                                          JACQUELINE G. YECIES

Sworn before me this 26th day
of June 2012.

_____ (Melissa A. Bryce)
Notary Public

**MELISSA ANNE RUDKO**
**Notary Public, State of New York**
No. 01RU6218106
Qualified in New York County
Commission Expires May 24, 2014